**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF ILLINOIS**
**EAST ST. LOUIS DIVISION**

| | |
|---|---|
| In Re: | Case No. 22-30369 |
| Crystal E. Cochran<br>  *aka Crystal Elizabeth Cochran* | Chapter 13 |
| Debtor. | Hon. Judge Laura K. Grandy |

## MOTION TO WITHDRAW NOTICE OF PAYMENT CHANGE

Comes now, U.S. Bank National Association not in its individual capacity but solely as Legal Title Trustee for RMTP Trust, Series 2021 BKM-TT-V ('Creditor'), in the above referenced case, and for their Motion to Withdraw Notice of Payment Change, states as follows:

The Notice of Payment Change filed on November 21, 2022 attached to claim # 9-1 was filed pre-maturely and therefore no longer necessary.

WHEREFORE, U.S. Bank National Association not in its individual capacity but solely as Legal Title Trustee for RMTP Trust, Series 2021 BKM-TT-V prays that the Notice of Payment Change be withdrawn.

DATED: March 27, 2023         Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF ILLINOIS
## EAST ST. LOUIS DIVISION

| | |
|---|---|
| In Re: | Case No. 22-30369 |
| Crystal E. Cochran<br>   *aka Crystal Elizabeth Cochran* | Chapter 13 |
| Debtor. | Hon. Judge Laura K. Grandy |

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing, as to the Trustee and Debtor's Counsel via electronic notice on 3/27/2023 and as to the Debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 394 Wards Corner Rd., Suite 180, Loveland, Ohio 45140.

    Crystal E. Cochran
    16 Linden Drive
    Shiloh, IL 62221

    John J. Johnston
    Dixon and Johnston
    101 W Main St
    Belleville, IL 62220
    Counsel for Debtor

    Russell C Simon
    24 Bronze Pointe
    Swansea, IL 62226
    Chapter 13 Trustee

    Office of the U. S. Trustee
    401 Main St., Rm. 1100
    Peoria, IL 61602

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor